LODGED

Grant Gilmore, an individual
5949 Spring Valley Road
Hidden Hills, CA 9130
Mobile: 310-600-2559
Fax: 818-884-6004
grantwgilmore@yahoo.com

2013 MAY -6 PM 3:32

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Plaintiff

___ Priority
___ Send
___ Clsd
___ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| Grant Gilmore,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., a Delaware Corporation, an unknown business entity; JPMORGAN CHASE BANK, an unknown business entity; SBMC MORTGAGE, an unknown business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a suspended California Corporation; CALIFORNIA RECONVEYANCE COMPANY a Debt Collector; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT | Case No.: CV-12-07935 CAS (Ex)<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTIONS AS TO ALL DEFENDANTS WITHOUT PREJUDICE;**<br>Rule 41(a)(1) |

1

**ORDER**

| | |
|---|---|
| 1 | SERIES 2007-05 TRUST, unknown business |
| 2 | entities, DEBORAH BRIGNAC, Vice President of MERS, in her individual capacity, |
| 3 | LOREN LOPEZ, a California Notary in her |
| 4 | individual capacity and DOES 1-10, inclusive, |
| | Defendants. |

**THE COURT** having reviewed Plaintiff's Notice of Voluntary Dismissal of Actions as to All Defendants Without Prejudice; the Court finds it proper to grant Plaintiff's Notice of Voluntary Dismissal as follows;

1. Alls actions against all Defendants are dismissed Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. Doe Defendants are dismissed Without Prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1).

IT IS SO ORDERED.

Dated this 3th, day of May, 2013

HONORABLE JUDGE CHRISTINA A. SNYDER

_Christina A. Snyder_
CHRISTINA A. SNYDER

2

**ORDER**